UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAFTELA DEUTSCH, individually and on
behalf of all others similarly situated,

                  Plaintiff,

-against-                           21 **CIVIL** 84 (JSR)

## **JUDGMENT**

PRESSLER, FELT, WARSHAW, LLP, and
LVNV FUNDING, LLC,

                  Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated April 26, 2021, the motion to dismiss is granted.

**Dated:**  New York, New York
          July 27, 2021

                                                **RUBY J. KRAJICK**
                                                Clerk of Court
                            BY:
                                                  Deputy Clerk